BEFORE THE FIRST DIVISION, FEBRUARY 11, 1942

No. 46932.—Protest 63793–K of H. P. Lambert Co., Inc. (Boston).

Opinion by OLIVER, P. J. In view of the admission of the appraiser and following Abstracts 41800, 41801, and 43502 the claim at 25 percent under paragraph 718 (b) was sustained.